IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERMAN TOWNSEND,**

      **Plaintiff,**

      -vs-                              No. 01-CV-0065-DRH

**DONALD SYNDER, et al.,**

      **Defendant,**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

**IT IS ORDERED AND ADJUDGED** that the report is **REJECTED** and the Defendants' motions for summary judgment are **GRANTED.** Judgment is entered in favor of Defendants, Donald Synder, George Welborn, Charles Hinsley, Sam Riley, Kelley Rhodes, Terry Caliper, Jimmy Johnson, Curtland Sawyer, Kenneth Bartley, Charles Roper, Clarence Faust, Harold Crippen, Derk Wright, Mike Turner, Tracy Tucker, Jack Null, Chester Langin, Maxine Montgomery, Robert Dubois, Chad Myers, John Wolfe, Todd Hunt, Charles Rolfe, Edward Wagoner, Michael McClelland, Todd Kelley, Henry Waller, Todd Vick, David Gibson, Paul Hillard, Stacy Barnett, Donovan Davis, James Studer, Marc Quillman, Eric Brimm, Charles Jeffers, James Pink, Daniel Monti, Lane Cruse, Loren Potts, David Mason, Scott Matthews, James Rouse, Greg Lambert, Jeffrey Moore, James Grubbs, Jarrard Walker, Joshua Parrish, Vickie Wright, Fred Allen, Cordell McGoy, Brock Harris, John Adams, Jeff Brunden, Nona Moore, Superintendent Darrin Wright, Greg Medunycia, Danny Robinson, Dr. Chandra, Dr. Marvin Powers, Cheryl Bell, Jill Stevens, Nina

Lasley, Rebecca Rogers, Tracy (Lambert) Mott, and Nurse Chandra Dillow and against Plaintiff Herman Townsend.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion for Summary Judgment filed by Nurse Hamilton is **GRANTED**. Judgment is entered in favor of Defendant **NURSE JACKIE HAMILTON** and against Plaintiff **HERMAN TOWNSEND**.-----------------------

**NORBERT G. JAWORSKI, CLERK**

July 8, 2005   BY:   s/Patricia Brown
              Deputy Clerk

APPROVED:/s/   David RHerndon   EOD:   7/8/2005
**U.S. DISTRICT JUDGE**