IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERMAN TOWNSEND,**

**Plaintiff,**

**v.**

**DONALD SNYDER, et al.,**

**Defendants.**   No. 01-CV-0065-DRH

### MEMORANDUM AND ORDER

**HERNDON, District Judge:**

  Pending before the Court is Townsend's motion to proceed in forma pauperis on appeal (Doc. 326). On July 8, 2005, the Clerk of the Court entered judgment in favor of Defendants and against Plaintiff (Doc. 321). Based on the following, the Court denies Townsend's motion.

  **28 U.S.C. § 1915(a)(1)** provides that a federal district court may authorize a party to commence a civil appeal without prepayment of fees if that party submits an affidavit that includes a statement of all assets the party possesses and demonstrates that he is unable to pay fees or give security for the appeal. The affidavit must state the nature of the appeal and the affiant's belief that the party is entitled to redress. **FEDERAL RULE OF APPELLATE PROCEDURE 24(a)** similarly provides:

  A party . . . who desires to proceed on appeal in forma

> pauperis shall file in the district court a motion for leave so to proceed, together with an affidavit, showing . . . the party's inability to pay fees and costs or to give security therefor, the party's belief that that party is entitled to redress, and a statement of the issues which that party intends to present on appeal. If the motion is granted [by the district court] the party may proceed on appeal without further application to the court of appeals and without prepayment of fees or costs in either the court or giving security therefor.  If the motion is denied, the district court shall state in writing the reasons for denial.

A party may not proceed in forma pauperis if the district court certifies that the appeal is not taken in good faith." **28 U.S.C. § 1915(a)(3); Fed. R. App. Proc. 24(a)**.

Here, the Court finds that Townsend's appeal is not taken in good faith. As stated in the Court's previous Orders granting summary judgment, Townsend did not present evidence to support his allegations against the Defendants.  The Court cannot find that a reasonable person could suppose that Townsend's appeal has some merit.  ***See Walker v. O'Brien*, 216 F.3d 626, 631-32 (7th Cir. 2000)**. Accordingly, the Court **CERTIFIES** that Townsend's appeal is not taken in good faith and **DENIES** his motion to proceed in forma pauperis (Doc. 326).

**IT IS SO ORDERED.**

Signed this 20th day of September, 2005.

/s/        David RHerndon
**United States District Judge**